# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DIAMOND D PROPERTY
INVESTORS, LLC

NO.   2019 CW 0998

VERSUS

TB INDUSTRIES LLC, FRANCIS
FORNIER, BRIAN HEYSE, AND
HEYPE PROPERTIES, LLC.

**NOV 2 5 2019**

---

In Re:    Diamond  D  Property  Investors,  LLC,  applying  for
          supervisory  writs,  21st  Judicial  District  Court,
          Parish of Livingston, No. 158,471.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**WRC**

**Theriot, J.**, dissents and would grant the writ application.
The action brought by relator, Diamond D Property Investors LLC,
asserting a special privilege on property owned by respondent,
Heype Properties, LLC, affects the title to that property within
the meaning of La. Code Civ. P. art. 3751.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT